No. 498. American Locomotive Co. *v.* Chemical Research Corp.; and

No. 499. American Locomotive Co. *v.* Gyro Process Co. C. A. 6th Cir. Certiorari denied. *Charles H. Tuttle, C. Dickerman Williams* and *Theodore L. Harrison* for

petitioner. *Howell Van Auken* for respondents. ■

No. 185, Misc.  D'OSTROPH *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied. ■